

FILED

JUN 0 5 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFUN ENTERPRISES, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and DOES 1-50,<br><br>                       Defendants. | Case No.: 3:18-cv-02241-BEN-BGS<br><br>**ORDER GRANTING DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**<br><br>**[Doc. No. 25.]** |

Plaintiff Surfun Enterprises, LLC ("Surfun") commenced this action in state court, alleging that National Union Fire Insurance Company of Pittsburgh, PA ("National Union") breached a recreational marine insurance policy. National Union timely removed the case and filed its Answer (Doc. No. 4) on October 3, 2018. National Union now moves for leave to file an Amended Answer to include three additional affirmative defenses: Unclean Hands, Rescission, and Judicial Estoppel, based on recently-discovered information.

Under Federal Rule of Civil Procedure 15's liberal policy favoring amendments of pleadings, the Court may deny the motion to amend only if National Union engaged in dilatory conduct or the proposed amendments would unduly prejudice Plaintiff.

1 | *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051-52 (9th Cir. 2003). No

2 | delay or prejudice exists here. In fact, Surfun does not oppose the motion. (Doc. No.

3 | 26.) Accordingly, the Court grants National Union's motion. National Union has ten

4 | ("10") days from the date of this Order to file its Amended Answer.

5 | **IT IS SO ORDERED.**

6 | Dated: May 3/, 2019

7 |

8 | Hon. Roger T. Benitez
United States District Judge